————o————

EDWIN G. PRATT, *et al.*, Appellants, *vs.* BENJ. PERRY, *et al.* Respondents.

1. *Practice, civil—Supreme Court—Appeal—Final judgment.* Without final judgment, appeal does not lie.

### *Appeal from Knox Circuit Court.*

*Pratt & Clancy*, for Appellants.

*W. C. Hollister*, for Respondents.

SHERWOOD, Judge, delivered the opinion of the court.

There is no final judgment in this case, and the appeal must, therefore be dismissed. All the judges concur.